TJM

Schneider Miller, P.C.
645 Griswold, Suite 3900
Detroit, MI 48226


Invoice submitted to:
Czmer, Richard



October 13, 2009


Invoice #10054


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/5/2009 | Telephone call with bank rep re account at bank and suspicious circumstances; note to file | 0.40<br>320.00/hr | 128.00 |
|  | Review documents and open file; review schedules and notice of case commencement; review notes of section 341 meeting of creditors; prepare conflict check and note dates for objection to exemptions and complaint for denial of discharge | 0.30<br>320.00/hr | 96.00 |
|  | Draft trustee's application for order authorizing employment of counsel for the trustee; prepare form of affidavit for counsel for the trustee; draft form of order for submission with application; prepare statement of concurrence of United States Trustee and arrange for forwarding of documents to United States Trustee and later filing with the court | 0.50<br>320.00/hr | 160.00 |
|  | Meeting with Kim Clayson re conversation with bank officer | 0.20<br>320.00/hr | 64.00 |
|  | Review correspondence from bank rep with documents; discuss with KRC; call to debtor attorney; letter.m.; draft reply correspondence to bank rep | 0.40<br>320.00/hr | 128.00 |
| 6/9/2009 | Telephone call with Joe Mack re issues with case; discuss with KRC; note to file | 0.25<br>320.00/hr | 80.00 |
|  | Telephone call with Dale Smith re funds debtor has in son's name; note to file | 0.25<br>320.00/hr | 80.00 |
|  | Telephone call with Dale Smith re account and funds deposited; note to file; note to KRC [0.25]  review bank correspondence and forward to United States Trustee [0.10] | 0.35<br>320.00/hr | 112.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/11/2009 Review correspondence from Sherrie at United States Trustee re administration of asset; reply to same | 0.10<br>320.00/hr | 32.00 |
| Review correspondence from United States Trustee re tax return information; draft reply to same | 0.10<br>320.00/hr | 32.00 |
| Draft correspondence to debtor attorney re message left regarding inheritance; follow up to same and copies of tax returns | 0.20<br>320.00/hr | 64.00 |
| Review correspondence from United States Trustee re source of funds; reply to same re facts offered by debtor attorney to date | 0.25<br>320.00/hr | 80.00 |
| 6/15/2009 Review debtor's 2007 and 2008 state and federal tax returns; draft correspondence to KRC re same | 0.25<br>320.00/hr | 80.00 |
| 6/16/2009 Telephone call with Spence on conference with KRC; discussion with KRC re her conversation with debtor attorney; discuss sequence of case administration | 0.35<br>320.00/hr | 112.00 |
| 6/23/2009 Review motion drafted and filed for turnover and for accounting of funds | 0.10<br>320.00/hr | 32.00 |
| Review debtor's motion to dismiss case | 0.10<br>320.00/hr | 32.00 |
| 7/8/2009 Review response to motion to dismiss case | 0.10<br>320.00/hr | 32.00 |
| 7/9/2009 Conference with KRC and Steve Spence; conference with KRC post-examination of the debtor | 0.25<br>320.00/hr | 80.00 |
| 8/28/2009 Review correspondence from Ross McKenzie at US attorney office; reply to same with copy to KRC | 0.25<br>320.00/hr | 80.00 |
| For professional services rendered | 4.70 | $1,504.00 |
| Balance due |  | $1,504.00 |

Schneider Miller, PC
645 Griswold Street
3900 Penobscot Building
Detroit, MI 48226

Invoice submitted to:
Richard Czmer

October 12, 2009

Invoice #10024

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/5/2009 | Meeting with Tim re status of matter | 0.20<br>195.00/hr | 39.00 |
| 6/10/2009 | Review of VM by Debtors' counsel | 0.20<br>195.00/hr | 39.00 |
| 6/16/2009 | Review of file for updates on matter | 0.30<br>195.00/hr | 58.50 |
|  | Phone conference with UST office regarding status | 0.20<br>195.00/hr | 39.00 |
|  | Phone call with United Bank & Trust re confirming account freeze | 0.20<br>195.00/hr | 39.00 |
|  | Phone call with Debtor's counsel | 0.20<br>195.00/hr | 39.00 |
|  | Draft and Preparation of stipulation for 2004 examination and email with UST and Debtor's counsel regarding same | 1.00<br>195.00/hr | 195.00 |
| 6/22/2009 | Phone call with bank regarding status of the account | 0.20<br>195.00/hr | 39.00 |
|  | Draft and Preparation of motion for turnover | 1.00<br>195.00/hr | 195.00 |
|  | Email with Trustee re employment order | 0.20<br>195.00/hr | 39.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 6/23/2009 | Phone call with Debtor's counsel re stipulation and documents | 0.20<br>195.00/hr | 39.00 |
|  | Review of motion to withdraw petition and emails to UST and Trustee | 0.30<br>195.00/hr | 58.50 |
|  | Review of motion to dismiss and Draft and Preparation of objection | 1.00<br>195.00/hr | 195.00 |
| 6/24/2009 | Phone call with attorney re stipulation, document production and motions | 0.30<br>195.00/hr | 58.50 |
| 7/8/2009 | Preparation of Stipulation for Turnover | 0.40<br>195.00/hr | 78.00 |
| 7/9/2009 | Preparation for 2004 examination - review of trusts and related documents | 2.00<br>195.00/hr | 390.00 |
|  | Deposition of Debtor | 1.50<br>195.00/hr | 292.50 |
|  | Letter to Debtor's counsel regarding turnover and Draft and Preparation of stipulation for turnover of additional funds | 0.80<br>195.00/hr | 156.00 |
| 7/27/2009 | Court Appearance for Hearing re Motion to Dismiss/Objection & preparation for same | 0.70<br>195.00/hr | 136.50 |
| 7/29/2009 | Meeting with probate attorney about issues with Trusts etc. | 0.50<br>195.00/hr | 97.50 |
|  | Phone call with dr's atty follow up regarding stipulation | 0.20<br>195.00/hr | 39.00 |
| 8/12/2009 | Preparation of subpoena to Trustee of Bill Czmer Trust | 0.40<br>195.00/hr | 78.00 |
|  | Draft and Preparation of letter to Robert J Czmer | 0.50<br>195.00/hr | 97.50 |
| 9/12/2009 | Phone call with US prosecutor's office regarding nature of case and issues | 0.20<br>195.00/hr | 39.00 |
| 9/15/2009 | Review of claims filing, review of trust documents - account statements etc | 1.00<br>195.00/hr | 195.00 |
| 10/12/2009 | Draft and Preparation of first interim fees | 0.50<br>195.00/hr | 97.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 10/12/2009 | Review of local rules and Draft and Preparation of notice to file additional proofs of claims | 0.70<br>195.00/hr | 136.50 |
|  | For professional services rendered | 14.90 | $2,905.50 |
|  | Additional Charges : |  |  |
| 7/27/2009 | Court Reporter |  | 70.00 |
|  | Total additional charges |  | $70.00 |
|  | Total amount of this bill |  | $2,975.50 |
|  | Balance due |  | $2,975.50 |