UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
CZMER, RICHARD E.                               Case No. 09-49490 SWR
CZMER, DEBRA                                    Chapter 7
                                                HON. Steven W. Rhodes

                    Debtor(s).               /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Recovery Management Systems | #1 | $1698.26 |
| 25 SE 2nd Ave.Ste 1120 | | |
| Miami, FL 33131 | # 1I | $ 9.20 |
| | | |
| Recovery Management Systems | #2 | $5420.24 |
| 25 SE 2nd Ave. Ste 1120 | | |
| Miami, FL 33131 | #2I | $29.35 |
| | | |
| Recovery Management Systems | #3 | $937.68 |
| 25 SE 2nd Ave. Ste. 1120 | | |
| Miami FL 33131 | #3I | $5.08 |

Dated: July 9, 2010                 /s/Timothy J. Miller
                                    Timothy J. Miller, Trustee
                                    64541 Van Dyke, Suite 101B
                                    Washington Township, MI 48095
                                    (586) 281-3764
                                    tmiller@schneidermiller.com